Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Daniel C. Callaway (State Bar No. 262675)
dcallaway@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
OJMAR US, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITY PEOPLE, INC., <br><br>　　　　　　Plaintiff, <br><br>　　vs. <br><br>OJMAR US, LLC, <br><br>　　　　　　Defendant. | Case No.  3-14-cv-04968-EMC <br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT OJMAR US, LLC TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** <br><br>[CIVIL LOCAL RULE 6-1(a)] |

　　　　Pursuant to Civil L.R. 6-1(a), Plaintiff Security People Inc. and Defendant Ojmar US, LLC. ("Ojmar"), by and through their undersigned counsel, stipulate and agree to extend the time within which Ojmar may move, answer, or otherwise respond to the Complaint by thirty (30) days, through and including March 4, 2015.  There have been no previous time modifications of the schedule in this case and the change will not alter the date of any event or any deadline already fixed by Court order.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION EXTENDING TIME FOR
DEFENDANT TO RESPOND
CASE NO. 3-14-CV-04968-EMC

31030\4718079.1

| | | |
|---|---|---|
| 1 | Dated: January 20, 2015 | FARELLA BRAUN + MARTEL LLP |

By: /s/ Roderick M. Thompson
Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Daniel C. Callaway (State Bar No. 262675)
dcallaway@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant OJMAR US, LLC

Dated: January 20, 2015          FREAR STEPHEN SCHMID

By:  /s/ Frear Stephen Schmid
Frear Stephen Schmid CSB NO. 96089
frearschmid@aol.com
Attorney At Law
177 Post Street, Suite 890
San Francisco, CA 94108
Telephone: (415) 788-5957
Facsimile: (415) 788-5958

Attorney for Plaintiff  SECURITY PEOPLE, INC.

   As the attorney electronically filing I attest that Plaintiff's counsel Frear Stephen Schmid has concurred in this filing.

Dated: January 20, 2015          FARELLA BRAUN + MARTEL LLP

By:  /s/ Roderick M. Thompson
Roderick M. Thompson

Attorney for Defendant OJMAR US, LLC

IT IS SO ORDERED
_____
Edward M. Chen
U.S. District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND
CASE NO. 3-14-CV-04968-EMC
- 2 -
31030\4718079.1