UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITY PEOPLE, INC., | Case No. 3-14-cv-04968-EMC |
| Plaintiff, | **[P**~~ROPO~~**SED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| OJMAR US, LLC, | |
| Defendant. | |

**PURSUANT TO THE PARTIES' STIPULATION** and Local Rules 6-1(b) and 6-2, and good cause appearing, it is hereby ordered that the Case Management Conference currently scheduled for March 12, 2015 at 9:30 a.m., is continued to ~~March 19, 2~~015 [March 26, 2015] at 9:30 a.m. The parties shall file a joint case management conference statement one week in advance of the case management conference date, on March 1~~2~~[9], 2015.

**IT IS SO ORDERED.**

Dated: ___1/22_____, 2015           _____
                                                                    Judge Edward M. Chen
                                                                    United States District Judge

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER CONTINUING CASE
MANAGEMENT CONFERENCE
CASE NO. 3-14-CV-04968-EMC

31030\4732434.1