UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SECURITY PEOPLE, INC., | |
|---|---|
| Plaintiff, | Case No. 14-cv-04968-HSG |
| v. | **SCHEDULING ORDER** |
| OJMAR US, LLC, | |
| Defendant. | |

A case management conference was held on April 1, 2015. The Court sets the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Case Management Conference | April 1, 2015 |
| Infringement Contentions (P.L.R. 3-1) | April 15, 2015 |
| Invalidity Contentions (P.L.R. 3-3) | May 29, 2015 |
| Proposed Terms for Claim Construction (P.L.R. 4-1) | June 12, 2015 |
| Exchange of Claim Constructions and Extrinsic Evidence (P.L.R. 4-2) | July 3, 2015 |
| Joint Claim Construction and Prehearing Statement (P.L.R. 4-3) | July 28, 2015 |
| Close of Claim Construction Discovery (P.L.R. 4-4) | August 27, 2015 |
| Plaintiff's Opening Claim Construction Brief (P.L.R. 4-5(a)) | September 11, 2015 |
| Defendant's Opposition Claim Construction Brief (P.L.R. 4-5(b)) | September 25, 2015 |
| Plaintiff's Reply Claim Construction Brief (P.L.R. 4-5(c)) | October 2, 2015 |
| Claim Construction Tutorial | October 14, 2015 (10:00 am) |
| Claim Construction Hearing (P.L.R. 4-6) | October 21, 2015 (10:00 am) |
| Compliance with P.L.R. 3-7 Regarding Advice of | 50 days after entry of |

| Counsel | Claim Construction Order |
|---|---|
| Close of Fact Discovery and Last Day to Amend Pleadings | February 26, 2016 |
| Exchange of Opening Expert Reports | March 11, 2016 |
| Exchange of Rebuttal Expert Reports | March 25, 2015 |
| Exchange of Reply Expert Reports | April 1, 2016 |
| Close of Expert Discovery | April 15, 2016 |
| Deadline to File Dispositive Motions | April 29, 2016 |
| Dispositive Motion Hearing Date | June 9, 2016 |
| Pretrial Conference | September 6, 2016 |
| Trial | September 19, 2016 |

Modifications of these dates shall only be made by Court order upon a showing of good cause.

**IT IS SO ORDERED.**

Dated:  April 2, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge