UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITY PEOPLE, INC.,

    Plaintiff,

    v.

OJMAR US, LLC,

    Defendant.

Case No. 14-cv-04968-HSG

**ORDER CONTINUING THE STAY PENDING INTER PARTES REVIEW**

On May 29, 2015, the Court granted a motion to stay pending the institution of *inter partes* review ("IPR") proceedings regarding U.S. Patent No. 6,655,180 (the "'180 Patent"). The parties submitted a joint status report on October 30, 2015 informing the Court of the Patent Trial and Appeal Board's ("PTAB") decision to institute IPR of the '180 Patent. In light of this decision, the Court ORDERS the stay extended until the completion of the IPR process, for the reasons explained in the Court's May 29 order.

Within seven days of PTAB's issuance of a final decision, the parties shall file a joint status report detailing the results and setting forth the parties' positions on how this case should move forward. The Court will issue an order addressing further proceedings in the case after receiving the parties' joint status report.

**IT IS SO ORDERED.**

Dated: 11/4/2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge