1 | Frear Stephen Schmid, CSB No. 96089
Attorney At Law
2 | 177 Post Street, Suite 550
San Francisco, CA 94108
3 | Telephone: (415) 788-5957
Facsimile: (415) 788-5958
4 | Email: frearschmid@aol.com

5 | Attorney for Plaintiff
SECURITY PEOPLE, INC.

Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Daniel C. Callaway (State Bar No. 262675)
dcallaway@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for OJMAR US, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SECURITY PEOPLE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OJMAR US, LLC, <br><br> Defendant. | Case No. 4-14-cv-04968-HSG <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** <br><br> The Hon. Haywood S. Gilliam Jr. |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Security People, Inc. ("Digilock") and Defendant Ojmar US, LLC ("Ojmar") (together, "the Parties") hereby jointly stipulate to a dismissal of this action:

WHEREAS, Digilock filed this patent infringement action against Ojmar on November 10, 2014;

WHEREAS, Ojmar answered and counterclaimed in this action on March 4, 2015;

WHEREAS, the Parties have now entered into a settlement agreement, with an effective date of June 26, 2018, that resolves this case and all other civil cases between the parties; and

WHEREAS, pursuant to that settlement agreement, the Parties have agreed that all of the claims and counterclaims of this case should be dismissed with prejudice, with each party bearing its own fees and costs.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
Case No. 4-14-cv-04968-HSG

33025\6759853.1

1  WHEREAS, the Parties agree that the U.S. District Court for the Northern District of
2  California shall retain jurisdiction of any action to enforce and/or interpret the terms of the
3  settlement agreement.

4  NOW, THEREFORE, the Parties, by and through their respective counsel, jointly stipulate
5  to a dismissal with prejudice of all claims and counterclaims in this case. The Parties agree to bear
6  their own attorneys' fees and costs for all proceedings in this case.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Respectfully submitted,

Dated: June 27, 2018    By: _*/s/ Frear Stephen Schmid*_
                            Frear Stephen Schmid

Attorney for Plaintiff SECURITY PEOPLE, INC.

Dated: June 27, 2018    FARELLA BRAUN + MARTEL LLP

                        By: _*/s/ Roderick M. Thompson*_
                            Roderick M. Thompson (State Bar No. 96192)
                              rthompson@fbm.com
                            Daniel C. Callaway (State Bar No. 262675)
                              dcallaway@fbm.com
                            Farella Braun + Martel LLP
                            235 Montgomery Street, 17th Floor
                            San Francisco, California 94104
                            Telephone: (415) 954-4400
                            Facsimile: (415) 954-4480

                        Attorneys for Defendant OJMAR US, LLC

**FILER'S ATTESTATION**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all parties have
concurred in the filing of this Stipulation and (Proposed) Order.

Dated: June 27, 2018           _*/s/ Roderick M. Thompson*_
                               Roderick M. Thompson

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
Case No. 4-14-cv-04968-HSG

2

33025\6759853.1

# ORDER OF DISMISSAL

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION IS HEREBY DISMISSED WITH PREJUDICE as to all claims, counterclaims, and Parties, with each Party bearing its own attorney's fees and costs. The U.S. District Court for the Northern District of California shall retain jurisdiction to enforce and/or interpret the terms of the settlement agreement. The Clerk is directed to close the file.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: June 28, 2018

*Haywood S. Gilliam Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
Case No. 4-14-cv-04968-HSG

3

33025\6759853.1